# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 18, 2019

## NO.  03-19-00200-CV

**Paul Johnson, Appellant**

**v.**

**Mark Boehnke, Marilyn Wilson, Leslie Muller, and Richard Petree, Appellees**

**APPEAL FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
AFFIRMED IN PART; DISMISSED FOR WANT OF JURISDICTION IN PART --
OPINION BY JUSTICE BAKER**

This is an appeal from the interlocutory order signed by the trial court on March 6, 2019.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the trial court's order dismissing Paul Johnson's claims against the employees of Bastrop Central Appraisal District in their official capacities.  Therefore, the Court affirms that portion of the trial court's order.  However, it appears that the Court lacks jurisdiction over the portion of the trial court's order pertaining to Johnson's claims against the employees in their individual capacities.  Therefore, the Court dismisses that portion of the appeal for want of subject-matter jurisdiction.  Johnson shall pay all costs relating to this appeal, both in this Court and in the court below.